Edward S. Coleman, Esq., SBN: 000601  E-FILED: 12/14/09
Elizabeth DeFlyer, Esq., SBN: 10021
Coleman Law Associates, A Professional Law Corporation
9708 S. Gilespie Street, Suite A-106
Las Vegas, NV 89183-7614
Telephone: (702) 699-9000
Facsimile: (702) 699-9006
E-Mail: mail@coleman4law.com
*Attorneys for Debtor Edwin Takeuchi*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>Edwin Takeuchi,<br><br><br><br>Debtor. | Case No. 09-18781 mkn<br><br><br><br>CHAPTER 13<br><br><br><br>Hearing Date: December 30, 2009<br><br>Hearing Time: 10:30 a.m.<br><br>Courtroom: 2 |
|---|---|

**<u>OPPOSITION TO MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE</u>**

**<u>BANK NATIONAL TRUST COMPANY</u>**

TO:   THE HONORABLE CHIEF U.S. BANKRUPTCY JUDGE MIKE NAKAGAWA:

Page 1

EDWIN TAKEUCHI, the Debtor in the above-captioned bankruptcy proceeding, by and through his attorney, COLEMAN LAW OFFICES P.C., hereby opposes Motion for Relief from Automatic Stay filed by DEUTSCHE BANK NATIONAL TRUST COMPANY., filed on December 4, 2009 concerning the property located at 6020 Starpoint Court, North Las Vegas, NV 89081 **("Property")**.

**ADEQUATE PROTECTION**

1. Relief from the stay is not justified because the Debtor is ready and willing to provide adequate protection to the Noteholder for payments that have been missed. Debtor requests an Adequate Protection agreement from Creditor's attorney. Once Debtor has some clarification of the exact amounts owing to the Creditor, Debtor will be ready and willing to resume payments on this Property based an such an Adequate Protection Order. Debtor anticipates then remaining current on this property in the months to come.

2. Debtor will be retaining the Property, and Debtor will make payments in the future as required to come current.

**WHEREFORE**, Debtors pray judgment and orders as follows:

1.   Motion for Relief from Stay filed by DEUTSCHE BANK NATIONAL TRUST COMPANY be denied;

2.   In the alternative, said Motion for Relief from Stay be continued until such a time as the Debtor and moving creditor can work out and submit an Adequate Payment Order to the Court.

3.   For such other and further relief as the Court deems just and proper.

Page 2

1  DATED this 14th day of December, 2009.

2  Submitted by:                                    COLEMAN LAW ASSOCIATES, APLC

3

4

5                                                    By:  /s/ Elizabeth DeFlyer
                                                     ELIZABETH DEFLYER, ESQ.
6                                                    Nevada Bar No. 10021
                                                     9708 South Gilespie Street, Suite A-106
7                                                    Las Vegas, Nevada 89183
                                                     Attorney for Debtor
8

Page 3