
Entered on Docket
February 09, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Deutsche Bank National Trust Company as Trustee under POOLING AND SERVICING AGREEMENT Dated as of January 1, 2006 MORGAN STANLEY HOME EQUITY LOAN TRUST 2006 1 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-1
09-77973 / 0324428374

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Edwin Takeuchi

Debtor.

BK-S-09-18781-MKN

MS Motion No.
Date: 2-3-10
Time: 1:30 p.m.

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the
2  post-petition arrearages currently due as follows:

|  |  |
|---|---|
| 2 Monthly Payments(s) at $1,749.06 | $3,498.12 |
| (October 1, 2009 - December 1, 2009) |  |
| 2 Late Charge(s) at $104.94 | $209.88 |
| (October 1, 2009 - December 1, 2009) |  |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $4,608.00 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $ 768.00 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the January 20, 2010 payment and continuing throughout and concluding on or before May 20, 2009. The sixth final payment in the amount of $ 768.00 shall be paid on or before June 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the , payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 6020 Starpoint Court , North Las Vegas, NV 89081, and legally described as follows:

LOT 231 OF CENTENNIAL BRUCE SOUTH 40-UNIT 4, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 116 OF PLATS, PAGE 40 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By /S/GREGORY L. WILDE
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall

By _____ 1-25-10

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue #820
Las Vegas, NV 89101

Edward S. Coleman

By _____

Edward S. Coleman
Attorney for Debtors
9708 South Gilespie Street
Las Vegas, NV 89183

Nevada Bar No. 601